AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.

James Jackson

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 4:19-cr-00127-BSM-1

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 1 5 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Signature of Judge

Brian S. Miller - District Judge

Name of Judge    Title of Judge

9-15-2020

Date